## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) Criminal Action No. 11-00012-KD |
| | ) |
| **LEROY WATERS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### AMENDED ORDER GOVERNING PROCEEDINGS AT TRIAL

The Order Governing Proceedings at Trial (doc. 330) is amended as follows:

Time schedule

Counsel and the defendants shall be in the Courtroom at 8:15 a.m. unless a motion is filed. In that regard, motions shall be filed by 10:00 p.m. The Court will review the docket at 7:00 a.m. If a motion is filed, then the parties shall be in court at 7:30 a.m. for hearing on the motion. No further notice will be given. Counsel are responsible for reviewing the docket at 10:00 p.m.

All other provision remain in effect.

DONE and ORDERED this 31st day of January, 2012.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE